**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| **Halcyon HempWorks LLC**, | |
| Plaintiff, | |
| v. | Civil Action No. 1:24cv38 |
| **TheQuantumGroup LLC, et al.**, | |
| Defendants. | |

**JOINT NOTICE OF SETTLEMENT**

COMES NOW, Plaintiff, Halcyon HempWorks, LLC ("Plaintiff"), and Defendant[1], TheQuantumGroup LLC ("Defendant"; Plaintiff and Defendant, collectively, "Parties"), by and through their respective, undersigned counsel, and notices to the Court that the Parties settled this matter during mediation on October 1, 2024, subject to a finalized, written settlement agreement.

The Parties anticipate that they will execute a settlement agreement by next week and that they will dismiss this action with prejudice, as to all parties, including GHS, within fifteen (15) days as of the date hereof or the Parties will otherwise update the Court. The Parties respectfully request that this Court *sua sponte* stay this proceeding in the interim.

Date: October 2, 2024,

Respectfully submitted,

By: /s/_____Robert Powers___________
Robert Powers, Esq. (VSB No. 80822)
Tyler M. Roth, Esq. (VSB No. 93037)
McClanahan Powers, PLLC
3160 Fairview Park Drive, Suite 410
Falls Church, VA 22042
Telephone: (703) 520-1326
Facsimile: (703) 828-0205

[1] No attorney has entered appearance on behalf of Defendant GHS Industries, Inc ("GHS"), and it has not otherwise responded to Plaintiff's Complaint [DE 1] or Amended Complaint [DE 23].

Email: rpowers@mcplegal.com
troth@mcplegal.com
mmurawiec@mcplegal.com

Eric D. Postow, Esq.
Holon Law Partners, LLP
9480 Main Street #1238
Fairfax, VA 22031
Telephone: (703)214-2003
Email: epostow@holonlaw.com
*Counsel for Plaintiff*

By: /s/_Sean Roche (with permission)_
Sean Patrick Roche, Esq. (VSB No. 71412)
CAMERON/MCEVOY PLLC
4100 Monument Corner Drive, Suite 420
Fairfax, Virginia 22030
Tel: (703) 273-8898
Fax: (703) 273-8897
Email: sroche@cameronmcevoy.com

Robert C. Meeker, Esq.
(admitted pro hac vice)
Ben T. Manayan, Jr., Esq.
(admitted pro hac vice)
Blakemore, Meeker & Bowler Co., L P.A.
495 Portage Lakes Drive
Akron, Ohio 44319
330-253-3337 [voice]
330-253-4131 [facsimile]
Email: rcmeeker@bmblaw.com
btmj@bmblaw.com
*Counsel for Defendant*
*TheQuantumGroup, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 2, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system, which will deliver a true and correct copy of the foregoing document via CM/ECF.

By: /s/ Robert Powers
Robert Powers, Esq.