**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

**Halcyon HempWorks LLC**,

Plaintiff,

v.

**The Quantum Group LLC, et al.**,

Defendants.

Civil Action No. 1:24cv38

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, Halcyon HempWorks LLC ("Plaintiff"), and Defendant, TheQuantumGroup, LLC ("Defendant"; Plaintiff and Defendant, collectively, the "Parties"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) [1], that the above-entitled action has been settled by the Parties pursuant to a Settlement Agreement dated November 12, 2024, wherefore, with no admission of liability, the Parties settled any and all claims and potential counterclaims that could have been asserted in this matter, with each side bearing their own costs and attorneys' fees. Pursuant thereto, any and all claims asserted in this matter are hereby dismissed *with prejudice*.

Consistent herewith, Plaintiff and Defendant consent to the Court having their case closed.

Date: December 9, 2024,

Respectfully submitted,

By: /s/_____Robert Powers___________
Robert Powers, Esq. (VSB No. 80822)
Tyler M. Roth, Esq. (VSB No. 93037)

[1] No attorney has entered appearance on behalf of Defendant GHS Industries, Inc., and it has not otherwise responded to Plaintiff's Complaint [DE 1] or Amended Complaint [DE 23].

McClanahan Powers, PLLC
3160 Fairview Park Drive, Suite 410
Falls Church, VA 22042
Telephone: (703) 520-1326
Facsimile: (703) 828-0205
Email: rpowers@mcplegal.com
troth@mcplegal.com
mmurawiec@mcplegal.com

Eric D. Postow, Esq.
Holon Law Partners, LLP
9480 Main Street #1238
Fairfax, VA 22031
Telephone: (703)214-2003
Email: epostow@holonlaw.com
*Counsel for Plaintiff*

By: /s/_____Sean Roche (with permission)_
Sean Patrick Roche, Esq. (VSB No. 71412)
CAMERON/MCEVOY PLLC
4100 Monument Corner Drive, Suite 420
Fairfax, Virginia 22030
Tel: (703) 273-8898
Fax: (703) 273-8897
Email: sroche@cameronmcevoy.com

Robert C. Meeker, Esq.
(pro hac vice to be filed)
Ben T. Manayan, Jr., Esq.
(pro hac vice to be filed)
Blakemore, Meeker & Bowler Co., L P.A.
495 Portage Lakes Drive
Akron, Ohio 44319
330-253-3337 [voice]
330-253-4131 [facsimile]
Email: rcmeeker@bmblaw.com
btmj@bmblaw.com
*Counsel for Defendant*
*The Quantum Group, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on December 9, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system, which will deliver a true and correct copy of the foregoing document via CM/ECF.

By: /s/ Robert Powers
Robert Powers